[No. 23137-9-II.    Division Two.    June 25, 1999.]

PAUL KING, *Appellant*, v. THE SHORELINES HEARINGS
BOARD, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 97-2-02996-9, Wm. Thomas McPhee, J., entered March 6, 1998. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Houghton, JJ.

[No. 23357-6-II.    Division Two.    June 25, 1999.]

SIMPSON TIMBER COMPANY, *Appellant*, v. CYNTHIA
WENTWORTH, *Respondent*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 96-2-00705-2, F. Mark McCauley, J., entered April 13, 1998. *Affirmed* by unpublished opinion per Bridgewater, C.J., concurred in by Morgan and Hunt, JJ. Now published at 96 Wn. App. 731.

[No. 23556-1-II.    Division Two.    June 25, 1999.]

CHONG CHANG, *Individually and as Guardian,
Appellant*, v. KRISTOFER EGELAND, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-2-07455-7, Thomas Felnagle, J., entered May 22, 1998. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Seinfeld, JJ.

[No. 23603-6-II.    Division Two.    June 25, 1999.]

MARGARET R. CAMPBELL, ET AL., *Appellants*, v. WILLIAM G.
REED, JR., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 94-2-00324-0, Joseph A. Thibodeau, J., entered July 20, 1998. *Affirmed* by unpublished opinion per Bridgewater, C.J., concurred in by Morgan and Hunt, JJ.